In re:  
Sean Andrew Hazard  
    Debtor

Case No. 22-00783-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jun 09, 2022      Form ID: ntcnfhrg      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Andrew Hazard, 2432 McCleary Drive, Chambersburg, PA 17201-7906 |
| 5472223 | + | Gregory J. Babcock, Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 5472224 | + | JP Morgan Chase Bank, NA - Amazon, c/o Scott & Associates, P.C., 6 Kacey Court, #203, Mechanicsburg, PA 17055-9237 |
| 5472225 | + | JP Morgan Chase Bank, NA - Freedom, c/o Scott & Associates, P.C., 6 Kacey Court, #203, Mechanicsburg, PA 17055-9237 |
| 5472230 | | Nancy M. Hazard, 2432 McCleary Drive, Chambersburg, PA 17201-7906 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2022 18:50:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5473269 | | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 19:01:13 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5472226 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:50:53 | Lowe's/Synchrony Bank, P.O. Box 956005, Orlando, FL 32896-0001 |
| 5477284 | | Email/Text: camanagement@mtb.com | Jun 09 2022 18:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5472228 | | Email/Text: camanagement@mtb.com | Jun 09 2022 18:48:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 5472227 | | Email/Text: camanagement@mtb.com | Jun 09 2022 18:48:00 | M&T Bank, Lending Services, Customer Service, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5477067 | + | Email/Text: camanagement@mtb.com | Jun 09 2022 18:48:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5472229 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 09 2022 18:48:00 | Marcus By Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 5472231 | | Email/Text: bankruptcy@bbandt.com | Jun 09 2022 18:48:00 | SunTrust, P.O. Box 85526, Richmond, VA 23285-5526 |
| 5472443 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 18:51:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5478727 | + | Email/Text: bankruptcy@bbandt.com | Jun 09 2022 18:48:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Anthony Todd McBeth | on behalf of Debtor 1 Sean Andrew Hazard atmlaw1@verizon.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sean Andrew Hazard,

**Debtor 1**

Chapter  13

Case No.  1:22−bk−00783−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 6, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 13, 2022 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 9, 2022 |

ntcnfhrg (08/21)