UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN ANDREW HAZARD : CHAPTER 13
        Debtor : 
         : 
        JACK N. ZAHAROPOULOS : 
        STANDING CHAPTER 13 TRUSTEE : 
        Movant : 
         : 
        vs. : 
         : 
        SEAN ANDREW HAZARD : 
        Respondent : CASE NO. 1-22-bk-00783

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of June, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's plan for the following reason(s):

1. Debtor's plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. Plan ambiguous – Base amount.

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   15th   day of June, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Anthony McBeth, Esquire
4705 Duke Street
Harrisburg, PA   17109

/s/Deborah A. Behney<br>
Office of Jack N. Zaharopoulos<br>
Standing Chapter 13 Trustee
