IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    SEAN ANDREW HAZARD

              Debtor

CASE NO. 1-22-00783
CHAPTER 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Order Confirming Amended Chapter 13 Plan was served on all creditors listed on the attached creditor matrix by placing a copy of same in first class, United States mail, postage prepaid on August 25, 2022, addressed as follows:

See attached creditor matrix

Date: August 25, 2022

/s/ Melissa S. Myers
Melissa S. Myers, Assistant for
Anthony T. McBeth, Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:22-bk-00783-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Aug 25 11:35:56 EDT 2022 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 |
| Goldman Sachs Bank, USA<br>by AIS InfoSource, LP as Agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Gregory J. Babcock, Esquire<br>Portfolio Recovery Associates, LLC<br>120 Corporate Boulevard<br>Norfolk, VA 23502-4952 | JP Morgan Chase Bank, NA - Amazon<br>c/o Scott & Associates, P.C.<br>6 Kacey Court, #203<br>Mechanicsburg, PA 17055-9237 |
| JP Morgan Chase Bank, NA - Freedom<br>c/o Scott & Associates, P.C.<br>6 Kacey Court, #203<br>Mechanicsburg, PA 17055-9237 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Lowe's/Synchrony Bank<br>P.O. Box 956005<br>Orlando, FL 32896-0001 |
| M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Marcus By Goldman Sachs Bank USA<br>P.O. Box 45400<br>Salt Lake City, UT 84145-0400 |
| Nancy M. Hazard<br>2432 McCleary Drive<br>Chambersburg, PA 17201-7906 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SunTrust<br>P.O. Box 85526<br>Richmond, VA 23285-5526 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Truist Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Anthony Todd McBeth<br>4705 Duke Street<br>Harrisburg, PA 17109-3041 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Sean Andrew Hazard<br>2432 McCleary Drive<br>Chambersburg, PA 17201-7906 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| M&T Bank<br>Lending Services, Customer Service<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (d)M&T Bank<br>P.O. Box 900<br>Millsboro, DE 19966 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |